LAWRENCE G. TOWNSEND  (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone:    (415) 882-3288
Facsimile:     (415) 882-3299
E-Mail:         ltownsend@owe.com

Attorneys for Plaintiff CLEAR ADVANTAGE DIRECT MAIL INC.


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR ADVANTAGE DIRECT MAIL INC., a California corporation,<br><br>                        Plaintiff,<br><br>     vs.<br><br>ACTION DIRECT MARKETING, INC., a California corporation,<br><br>                        Defendant. | Case No.  CV 11 3606 CW<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[FRCP 41(a)(1)A(ii)] |

IT IS HEREBY STIPULATED by and between the parties to this action, through their attorneys of record, that the entire action herein be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.


Dated:  December 20, 2011           LAW OFFICES OF LAWRENCE G. TOWNSEND


                                    By:      /s/ Lawrence G. Townsend

                                           Lawrence G. Townsend
                                           Attorneys For Plaintiff
                                           CLEAR ADVANTAGE DIRECT MAIL INC.

1

Stipulation And Order of Dismissal of Action With Prejudice; USDC NDCal Case No: CV 11 3606 CW

Dated: December 20, 2011					FOLEY & LARDNER LLP


							By: _____/s/ Laura L. Chapman_____
								Laura L. Chapman
								Attorneys For Defendant
								ACTION DIRECT MARKETING, INC..


**ORDER**

Pursuant to stipulation of the parties, and Rule 41(a)(1)A(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that the entire action herein be and hereby is, DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Dated: __1/3/2012__					_____
								Claudia Wilken
								Judge of the District Court

S:\LGT-TENA\ClearAdvantage\Dismissal-Order.wpd